UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY REVIERE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3573** |
| **CENTRAL FIREWORKS, LLC, ET AL.** | **SECTION: "H"(5)** |

### ORDER

On October 11, 2013, the Court examined subject matter jurisdiction *sua sponte*, and found that Plaintiffs had failed to adequately plead the citizenship of certain defendants. Plaintiffs were advised that this matter would be dismissed absent an amended complaint which cures the jurisdictional defects. Plaintiffs filed an amended complaint on October 29, 2013. The amended complaint identifies the members of two defendant LLCs but only alleges their respective residences. It is well established that an allegation of residency, standing alone, does not constitute an allegation of citizenship as required by 28 U.S.C. § 1332. *See Strain v. Harrelson Rubber Co.*, 742 F.2d 888, 889 (5th Cir. 1984) (citations omitted); *Nadler v. Am. Motor Sales Corp.*, 764 F.2d 409, 413 (5th Cir. 1985) (citations omitted); *Delome v. Union Barge Line Co.*, 444 F.2d 225, 233 (5th Cir. 1971) (citations omitted).

1

Accordingly;

**IT IS ORDERED** that Plaintiffs file an amended complaint within ten days of the entry of this Order. Failure to comply with this order will result in dismissal for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 30th day of October, 2013.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**